# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0035. CHRISTOPHER SHAW MAUME v. REBECCA MAUME.

Christopher Shaw Maume has filed an emergency motion for an extension of 30 days to file an application for discretionary appeal. Upon consideration, the motion is hereby GRANTED, and Mr. Maume is directed to file his application by April 3, 2023.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/27/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , Clerk.